United States District Court
State of Connecticut

SCANNED at
and Emailed
1/26/26 by RS . 34 pages
   date      initials   No.

David Yariel Rodriguez | Docket No:
-V-
Mayor Erin Stewart
Detective Millea
Detective Kinahan
Sargent Coleman

Date: 12-22-25

1. Plaintiff David Yariel Rodriguez brings this Civil Rights action against The City of New Britain and Detectives and a Sargent of the New Britain Police Department for the deprivation of rights.

2. The actions done to the Plaintiff violated his Fourth Amendment rights and has subjected him to Cruel and Unusual Punishment Prohibited by the 8th Amendment of the United States Constitution.

3. The actions done by each Defendant was done deliberately abusing their State authority for Political Power and for Gain as well as Employment benefits such as higher rank.

## Defendants

Erin Stewart - Mayor of the City of New Britain
Address - New Britain City Hall, 27 W Main St #109, New Britain, CT 06051

Matthew Millea - Police Detective for the New Britain Police Department
Address - 10 Chestnut Street, New Britain CT 06051

Ryan J Coleman - Police Sargent for the New Britain Police Department
Address - 10 Chestnut Street, New Britain CT 06051

Kinahan - Police Detective for the New Britain Police Department
Address - 10 Chestnut Street, New Britain CT 06051

Plaintiff is suing each Defendant in there individual compacity and offical compacity being the fact that each defendant made deliberate decisions in there offical compacity.

Plaintiff is requesting that qualified immunity is removed from each of the (4) Defendants.

## Plaintiff

David Yariel Rodriguez-Hes from The City of New Britain, but is currently incarcerated at New Haven Correctional Center
Address- 245 Whalley Avenue, New Haven CT 06511

## Official Complaint

1. David Yariel Rodriguez is a 27 year old Puerto Rican from the City of New Britain and a life long resident of Connecticut. David is a working man, he worked at Sardili's Produce until he injured his shoulder in a car crash. After the injuring of his shoulder he was brought to Saint Francis Hospital where he was treated for his shoulder but introduced to addiction. That addiction is what lead to Police Detectives Millea, and Kinahan along with Sargent Coleman to plant Crack Cocaine on the Plaintiff and secure an arrest as result of deliberate factual misstatement that a Reasonable officer in position of city police detective who supplied affidavit of

probable cause in support of arrest, which contained false factual assertions. Would have known that individual such as arrestee had Fourth Amendments rights.

2. The actions done by detective Millea and detective Kinahan along with Sargent Coleman where done with a conscience mind willingly under the orders of Mayor Erin Stewart which is proven thru body cameras on (3) different police officers chest.

3. On October 21st, Plaintiff exited a house on Sexton Street in New Britain where he smoked crack cocaine at and headed to the store. He walked from 10 Sexton Street halfway down north street until he realized he left his state phone at 10 Sexton so he turned around and started walking back up north street at about 11:45pm. While he was walking up north street just as he crossed the intersection of North Street and Clark Street he heard tires screech which scared him and lead him to look up and see a Black SUV. Plaintiff has been stabbed and shot at so before he could realize whats going on the fight or flight mentality kicked in and he ran because at 11:45pm on a street where all the street lights dont work so its dark and in a city where multiple shootings

including me murder has taken place in 90 days making it dangerous. Plaintiff got scared because he didn't want to be the next person shot or killed. As he ran he heard voices shouting at him saying "i'm gonna shoot you in the back", "i'm gonna shoot the back of your head", which raised the fear level 10 times so the plaintiff ran faster still unsure of what's going on. As he ran he seen a police car, but the red and blues weren't on, nor was the siren.

4. Plaintiff ran behind a house on Lawler Street off of North Street where he jump a high fence and as he came down hit the crown hard making him dizzy.

5. Plaintiff stood up from the crown and was very dizzy so he stood still, until police officers came and arrested him.

While plaintiff was being searched by two patrol officers in uniform, they found (4) grams of crack cocaine that was for personal use inside a tied up ziplock bag.

6. The finding of the crack cocaine is shown on the two patrol officers body cameras that shows how it was tied and how big was the rock inside the ziplock bag which is important and will be shown in the following sections why.

(EMS) was dispatched to evaluate the plaintiff and once the (EMS) arrived plaintiff was layed down on the stretcher while the paramedic did his vitals.

While the plaintiff was in the back of the ambulance there was a patrol officer in uniform directly to the left of him the whole time with his body camera recording.

While in the back of the ambulance one of the defendants Detective Kinahan entered and started telling the plaintiff he was being arrested for Attempting to sell a half ounce of crack cocaine. Which confused the plaintiff for (2) reasons... reason (1) plaintiff only had 4.7 grams of crack cocaine exactly, which isn't a half of ounce (14) grams. reason (2), when police ambushed the plaintiff he was walking up the hill of North Street because he forgot his phone at 10 Sexton Street when he left. Since the moment he left 10 Sexton till the moment he realized he forgot his phone and started walking back up North Street he didn't speak to anyone he didn't meet up with anyone, nor did he see anyone on the street period because it was almost midnight and the street North Street was dark and empty.

Reason (1) & (2) were told to Detective Kinahan on camera because his body camera was recording as was the body camera of the patrol officer that was to the left of me, and to the right of Detective Kinahan.

1. The Plaintiff not having (14) grams on him or attempting to make a sale of a half ounce of crack cocaine didn't matter because Detective Kinahan and Detective Millea had a sinister practice that they've been accused of doing before that the Plaintiff fell victim to that will be made clear in the following sections.

2. While in the back of the ambulance the Plaintiff asked Detective Kinahan "why was he being treated like this if he's not a drug dealer but a drug user" and also asked "why were police wanting to shoot him in his back and the back of his head if he wasn't being violant."

3. Detective Kinahan response is on camera and is why Erin Stewart is a Defendant. Detective Kinahan stated "The mayor Erin Stewart she's running for Governor and came to us directly and said clean the streets fast so she looks good for when she runs for Governor" because it would seem as New Britain Police Department are doing there job, although there not.

4) Detective Kinahans admission of there marching orders from the Mayor was recorded by his body camera and the patrols officer body camera.

5) In the month of november plaintiff became aware of the sinister practice which was Tampering with Evidence by Planting Evidence.

6) In november plaintiff was given a copy of a police report that Detective Millea typed up and Sargent Ryan J. Coleman signed off on which was filled with false factual assertions.

7) The police report states that plaintiff was found with (13.1) grams of Crack cocaine which is false. Police added more then (9) grams of crack cocaine to the 4.1 found on the plaintiff to fit an elaborate "Sales of Narcotics" story.

8) The plaintiff has (3) witness statements from Kayla Griffin, Nyasia Castillo, and Benny Torres along with the Body cameras from the two patrol officers stated in Sections (5) & (6). It is proven that Detective Kinahan, Detective Millea, along with Sargent Coleman worked together to deliberately "set up" the plaintiff by planting more then 9 grams of crack cocaine on the plaintiff using factual misstatement violating plaintiff 4th Amendment right.

19. The Second reason why Mayor Erin Stewart is a Defendant in this complaint because once Plaintiff was at the police station a 3rd detective questioned the Plaintiff on camera via Body camera. Once again the Plaintiff asked "Why was this happening" and "Why was he being treated like this", and the response given by the detective on camera was "The mayor is running for Governor."

20. Plaintiff's 4th Amendment rights were violated due to the falsifying of reports and documents, evidence tampering, and the planting of evidence by Detective Kinahan, Detective Millea, and Sargent Coleman all to please the Mayor Erin Stewart and accomplish the orders given to the detectives by her office, so she "looks good" for a run for Governor.

21. Mayor Erin Stewart went directly and deliberately to the detectives requesting assistants for the Governor's run because she knew detectives would falsify reports, plant evidence, tamper with evidence just to wrongfully arrest people and make it seem like the police in New Britain are fighting crime. She disregarded the substaintial risk that could occur by asking The New Britain Police Department for help in a political race. Her disregard is how Plaintiff rights were violated and why Erin Stewart is a listed Defendant in this Civil Rights Complaint.

22. Due to the actions by the (3) police officers listed Plaintiff filed (3) Seperate Civilan Complaint Reports with the Internal Affairs unit of The New Britain Police Department.

23. The Civilan Complaint Reports were mailed out on December 2nd, 2025 and by December 17th, 2025 the plaintiff recived a response stating the following... "This letter serves as receipt to your Citizen Complaint recived by mail. I have been assigned to conduct an administrative investigation into your complaint, which has been assigned control number IA25-33. Please refer to this control number for any correspondence. My contact information is listed below should you need to speak to me or provide any further information."

24. The New Britain Police and Detectives for the NBPD for years have been accused of falsifying reports and planting evidence, which is why plaintiff believes it only took (16) days for Internal Affairs to open and start a administrative Investigation into the officers.

25. The City of New Britain is failing to provide officers with Standardized or Comprehensive Instruction on fundamental police conduct with respect to factual reporting, evidence collecting.

26. The New Britain Police Department is failing to provide proper supervision because detectives are given a free range with zero oversight because if proper supervision was present detectives wouldn't have been able to go outside police procedures and violate the plaintiffs rights freely deliberately with a "Ranked" officer involved helping the Detective "Sargent Ryan J Coleman".

27. Plaintiff has attached a copy of his (3) witnesses statements, he has also attached a copy of the response from the Internal Affairs Unit.

28. All Body cameras stated in this complaint that show evidence tampering have been saved per the Police Accountability Act past July 1, 2022.

29. Plaintiff request the court to send notice of this Civil Rights complaint to the New Britain department should they try to erase video footage, so all evidence is preserved.

30. Due to the facts stated within plaintiff request that qualified immunity is removed from all four of the defendants.

31. The (3) listed officers made a false arrest and planted narcotics on the plaintiff and used deliberate factual misstatement and false assertions on police report and affidavit of probable cause in support of arrest.

32. Erin Stewart was indifferent to the substantial risk she was causing by asking detectives for help in a political race that lead to false reporting, planting evidence, evidence tampering, false arrest for a higher political position.

Remedies Requested by Plaintiff

1. A Jury trial

2. A finding that defendants acted out of there professional duties

3. A finding that defendants actions Violated Plaintiff 4th Amendment rights.

4. A finding that the defendants action Constitute Deliberate Indifference.

5. Monetary Compensation in the Amount of 50,000,000 for 4th Amendment right violations

6. Monetary Compensation in the Amount of 10,000,000 for Damages.

Respectfully Submitted

245 Whaley Avenue
New Haven CT 06511

David Y Rodriguez

 # CITY OF NEW BRITAIN 

POLICE DEPARTMENT
CAPTAIN KYLE JONES

EST. 1871                                                                                       WWW.NEWBRITAINCT.GOV

Captain Kyle Jones
10 Chestnut Street
New Britain, CT 06051


Mr. David Yariel Rodriguez
1106 North Avenue
Bridgeport, CT 06604


Mr. Rodriguez,

This letter serves as receipt to your citizen complaints received by mail. I have been assigned to conduct an administrative investigation into your complaints, which has been assigned control number IA25-33. Please refer to this control number for any correspondence. My contact information is listed below should you need to speak to me or provide any further information. Thank you.


Captain Kyle Jones
10 Chestnut Street
New Britain, CT 06051
Kyle.jones@newbritainct.gov
860-826-3060




Respectfully,

*/s/ Kyle Jones*
Captain Kyle Jones

I Hereby State Everything Stated Is The Truth

I Benny Torres am a friend of David Rodriguez and can atest to his use of Crack Cocaine and Cocaine. On October 21, 2025 i was at 10 Sexton Street with David. While we were inside his friend Kayla came with her sister and gave him a ziplock bag with rocks in it. He took the ziplock bag and took out the rocks and placed it on a scale that was on the table. I Benny Torres was sitting at the table and David and Kayla next to me. Scale was directly infront of us directly infront of me, so i seen how much it weighed. The scale stated 4.7 grams. It was told me that David Rodriguez is being acused of having 13 grams witch is False. I know David Rodriguez long enough to know he has never sold drugs. I was present that night and seen him weigh the rocks then roll some of the rocks with weed and smoked it. The night in question he never had a half ounce in his possesion and I'll go on record and state that because it's the truth. When he left the house that night he wasn't going to sell a half ounce because he only had 4.7 grams which was given to him 15 mins before he got arrested. He sniff coke and mix crack with weed to smoke not sells it.

Respectfully Submitted

Benny Torres

DOB - 12-31-1991

Submitted by
Nyasia Castillo 12-9-25

I Nyasia Castillo hereby stated in this statment is true and factual.

On October 21st i was walking from my house to 10 Sexton street to meet up with david and hangout when and my sister found a ziplock bag on the side walk on my street tremont witch kayla gave it to david once we meet up with him. inside 10 Sexton i seen him place the rocks on the scale then stated its a little 4 grams bag from what i understand hes being accused of being in possesion of 13 grams witch is false. I witnessed the ziplock bag given to david. I witness david put it on the scale. I heard what it weighed and it wasn't 13 grams. david is being accused of ~~drug~~ drug dealing witch is wrong. I have never seen david ever sell drugs so i don't understand why hes being called a drug dealer. I will go on record in ~~open~~ open court and state the truth at any moment needed

I Kayla Griffin hear-by state every thing stated in this statement is true and factual

It's come to my attention that david Yariel Rodriguez is being accused of selling drugs and attempting to sale a half oz of crack cocaine witch is Not at all True.
On October 21st I found a ziplock Bag that had white Rocks in it while walking down treemont St from my sisters house. I walked from treemont st to 10 Sexton st with my sister nysaia to meet up with david. once we arived at 10 Sexton St I gave the bag to david then he placed it on a scale once he realized what it was. I whitnessed what it weighed on the Scale and It Stated 4.7 grams. I don't understand how david is being accused of drug dealing I have never seen him sell any drugs. on the night of october 21st I know david did not have anywhere close to 13 grams of crack

~~[scribbled out]~~

on him. If Police were claiming he was in Possession of anything more than 4.7 grams They are not Being truthfull.

Submited by:
Kayla Griffin

12/9/25